respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MARY E. BANIGAN, Respondent, for an Order of Certiorari against HENRY L. CONNELL and Others, Defendants, and PRETTY FAMILY LAUNDRY, INC., Intervenor, Respondent, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements to the petitioner, respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ANNA BERNSTEIN, Plaintiff, v. MILTON BEDRICK and M. C. T. Co., INC., Defendants. SAMUEL ROSENZWEIG, Appellant, v. IRVING F. COHEN, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

BOHUMIL MARSHIK and TERESA MARSHIK, Appellants, v. DOROME, INC., and Others, Defendants, Impleaded with GELLIM HOLDING CORPORATION and Others, Respondents.— Order reversed, with ten dollars costs and disbursements to the appellants against the respondent Gellim Holding Corporation, and the motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JOSEPH J. GILLIS, Appellant, v. BROOKLYN TAXICAB TRANSPORTATION COMPANY, INC., and Another, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, as Liquidator of the UNION MUTUAL CASUALTY INSURANCE CORPORATION, Respondent, v. IVER ALPERT and Others, Defendants, Impleaded with B. RUSH STODDARD and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, as Liquidator of the UNION MUTUAL CASUALTY INSURANCE CORPORATION, Respondent, v. IVER ALPERT and Others, Defendants, Impleaded with B. RUSH STODDARD and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

UNION DIME SAVINGS BANK, Plaintiff, v. DAVID SIEGEL and Others, Defendants. HARRY SIEGEL, Petitioner, Appellant; ALEX GINZBURG, Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JOHN F. HARRIS and Others, Appellants, v. RICHARD H. BROWN, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ETHELYN L. STOLL, Appellant, v. NEW YORK AND HARLEM RAILROAD COMPANY, Respondent.— Order entered July 22, 1931, reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Appeal from order